# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161430 & (26)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC:  161430
COA:  352614
St. Joseph CC:  16-020735-FH;
16-020705-FH; 16-020706-FH

LEANDRA LYNNE TRACY,
          Defendant-Appellant.

_____/

On order of the Court, the request for immediate consideration is GRANTED. The application for leave to appeal the April 14, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration in light of MCL 771.4 and *People v Vanderpool*, ___ Mich ___ (Docket No. 158486, decided July 13, 2020). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motion for appeal bond is DENIED.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020



Clerk

s0909